1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  1130 "O" Street, Room 3654
4  Fresno, California 93721
   Telephone: (559) 498-7272
5  Attorneys for Respondents

FILED

2005 MAY 16 P 2: 06

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILTON MUCOR CARILLO ) <br> ) <br> ) <br> Defendant ) <br> _____ ) | No. CR-04-5164 OWW <br><br> STIPULATION RE: GOVERNMENT'S MOTION TO FILE SUPPLEMENTAL BREIFING |

**STIPULATION**

It is hereby stipulated by and between the parties hereto, the government may file supplemental briefing regarding oral arguments held on May 9, 2005. The parties stipulate that the defendant my be given until May 18, 2005 to reply if necessary. This change in the amended

///

///

///

///

///

///

///

briefing schedule will not require a change the scheduled decision on the motions, unless the court

1

1 | deems it necessary.

Respectfully Submitted,

/s/ Marianne A. Pansa
McGREGOR W. SCOTT
United States Attorney
by: MARIANNE A. PANSA
Assistant United States Attorney
Attorney for the Plaintiff

/s/ Eric V. Kersten (consent given to sign)
Eric V. Kersten
Assistant Federal Defender
Attorney for the Defendant
MILTON MUCUR CARRILLO

Date : May 11, 2005

Date : May 11, 2005

**IT IS SO ORDERED.**

Dated : 5-16 05

Oliver W. Wanger
United States District Court Judge
Eastern District of California

2